FILED
2014 Mar-25  AM 10:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALLEN DEMETRIUS JONES-BEY, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | Case No. 2:14-cv-00376-AKK-HGD |
| | ) | |
| STATE OF ALABAMA and LEON | ) | |
| FORNISS, Warden, | ) | |
| | ) | |
| Respondents | ) | |

## <u>MEMORANDUM OPINION</u>

On March 5, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  On March 18, 2014, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 25th day of March, 2014.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE