UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALLEN DEMETRIUS JONES-BEY, )<br>)<br>Petitioner )<br>)<br>vs. )<br>)<br>STATE OF ALABAMA and LEON )<br>FORNISS, Warden, )<br>)<br>Respondents ) | Case No. 2:14-cv-00376-AKK-HGD |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith and Rule 58, Fed.R.Civ.P., it is ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action is due to be and hereby is DENIED and this action DISMISSED WITH PREJUDICE.

DONE this 25th day of March, 2014.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE